IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 1:20CR349-1 |
| | : |
| ROOB KAUR ATAR-SINGH | : |

The Grand Jury charges that:

## COUNT ONE

On or about March 15, 2016, in the County of Hoke, in the Middle District of North Carolina, ROOB KAUR ATAR-SINGH, an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election; in violation of Title 18, United States Code, Section 1015(f).

## COUNT TWO

On or about March 15, 2016, in the County of Hoke, in the Middle District of North Carolina, ROOB KAUR ATAR-SINGH did falsely and willfully represent that she was a citizen of the United States; in violation of Title 18, United States Code, Section 911.

## COUNT THREE

On or about November 8, 2016, in the County of Hoke, in the Middle District of North Carolina, ROOB KAUR ATAR-SINGH, an alien, cast a vote

in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the House of Representatives; in violation of Title 18, United States Code, Section 611(a).

DATED: August 31, 2020

*(signature)*

BY: MATTHEW G.T. MARTIN
United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

2

Case 1:20-cr-00349-UA   Document 1   Filed 08/31/20   Page 2 of 2