# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) |
| ROOB KAUR ATAR-SINGH | )  1:20-CR-349 |
| | ) |
| *Defendant.* | ) |

## NOTICE OF ATTORNEY APPEARANCE

*To: The clerk of court and all parties of record*

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Roob Kaur Atar-Singh, Defendant.

Dated: September 11, 2020         Respectfully submitted,

/s/ Helen L. Parsonage, Esq.
**Helen L. Parsonage, Esq.**
NC Bar 35492
Elliot Morgan Parsonage
426 Old Salem Road
Winston-Salem, NC 27101
(336) 714 4480 (tel)
(336) 724- 3335 (fax)
hparsonage@emplawfirm.com
*Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the clerk of court through the Court's ECF filing system, which served the registered participants electronically as identified on the Notice of Electronic Filing.

September 11, 2020          Respectfully submitted,

/s/ Helen L. Parsonage, Esq.
**Helen L. Parsonage, Esq.**
Elliot Morgan Parsonage
426 Old Salem Road
Winston-Salem, NC 27101
(336) 714 4480 (tel)
(336) 724- 3335 (fax)
hparsonage@emplawfirm.com
*Counsel of Record*