IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:20CR349-1 |
| v. | : | |
| | : | |
| ROOB KAUR ATAR-SINGH | : | |

FACTUAL BASIS

NOW COME the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11(b)(3), Fed. R. Crim. P., states as follows:

Roob Kaur Atar-Singh ("Atar-Singh") was born on July 19, 19XX in Perak Ipoh, Malaysia and is a citizen of Malaysia. On or about August 13, 2010, Atar-Singh entered the United States at Chicago, Illinois as a non-immigrant visitor for pleasure (B-2), and was authorized to remain in the United States until February 12, 2011.

On or about October 9, 2011, Atar-Singh's then-spouse, an American citizen, filed a Petition for Alien Relative (known as Form I-130) with the United States Citizenship and Immigration Services ("USCIS") on behalf of Atar-Singh. Contemporaneously filed with the Form I-130 petition for alien relative, Atar-Singh filed an Application to Register Permanent Residence

or Adjust Status (known as Form I-485). USCIS approved both the I-130 petition and I-485 application on November 20, 2014, thereby granting Lawful Permanent Resident status to Atar-Singh. Her alien file reference number is XXX 387 231.

Atar-Singh has not applied for nor petitioned for United States citizenship. Atar-Singh knew she was not a United States citizen at all relevant times. Atar-Singh, in fact, is not and never has been a United States citizen.

On March 15, 2016, in Hoke County, North Carolina, Atar-Singh registered to vote.

On November 8, 2016, in Hoke County, North Carolina, Atar-Singh cast a vote in the November 2016 election. In the process of voting, Atar-Singh executed an Authorization to Vote form. In the process of voting, a polling site official working for the Hoke County Board of Elections entered Atar-Singh's name on the voter roll at her precinct. The voter roll is a list of each person who received a ballot to vote at that particular precinct on Election Day and Atar-Singh is listed as the 354th voter at that precinct on Election Day. The November 2016 election was an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United

States Senate, and Member of the United States House of Representatives, among other positions on the ballot.

On or about March 3, 2017, Atar-Singh acknowledged on a form sent to the North Carolina Board of Elections that she is not a citizen of the United States.

This the 23rd day of October, 2020.

Respectfully submitted,

/s/ MATTHEW G.T. MARTIN
United States Attorney
NCSB #32814
United States Attorney
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
336/333-5351
Email: matt.martin@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Helen Parsonage, Attorney for Defendant

/s/ MATTHEW G.T. MARTIN
United States Attorney
NCSB #32814
United States Attorney
101 S. Edgeworth Street, 4th Floor
Greensboro, NC  27401
336/333-5351
Email: matt.martin@usdoj.gov

4