# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:20CR349-1 |
| v. | : | |
| | : | |
| ROOB KAUR ATAR-SINGH | : | |

## JOINT STIPULATION

NOW COME the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and the defendant, ROOB KAUR ATAR-SINGH, in her own person and through her attorney, Helen Parsonage, and state as follows:

1. As a condition of the plea agreement in this matter the defendant, ROOB KAUR ATAR-SINGH, committed to provide proof that she has removed her name or de-registered from the North Carolina voter rolls and surrender her voter registration card and other documentation of registration, if any, provided to her by the board of elections.

2. The Government and the defendant, ROOB KAUR ATAR-SINGH agree that the defendant has been removed from the North Carolina voter rolls.

3.    The defendant, ROOB KAUR ATAR-SINGH no longer possesses a voter registration card or any other documentation of registration.

4.    The Government and the defendant, ROOB KAUR ATAR-SINGH, accordingly, stipulate and agree that the defendant has fulfilled the conditions set forth in sub-paragraphs 5.a.i. and ii. of the plea agreement entered in this matter.

This the 7th day of January, 2021.


MATTHEW G.T. MARTIN
United States Attorney


*Matthew G.T. Martin*
MATTHEW G.T. MARTIN
United States Attorney
NCSB #32814
STEPHEN T. INMAN
Assistant United States Attorney
NCSB #26913
United States Attorney
101 S. Edgeworth Street, 4th Floor
Greensboro, NC   27401
336/333-5351


HELEN PARSONAGE
Attorney for Defendant


ROOB KAUR ATAR-SINGH
Defendant


2